**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jonas Sebastian Jodicke

Plaintiff,

v.

Case No.: 1:26−cv−05853
Honorable April M. Perry

The Partnerships and Unincorporated Associations Identified on Schedule A

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 24, 2026:

MINUTE entry before the Honorable April M. Perry: Notice of Voluntary Dismissal [23] is acknowledged. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this case is dismissed without prejudice. Any or all previously set deadlines/hearings to be struck. Civil case terminated. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.